IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ENVIRONMENTAL PROTECTION        )      02:04-cv-1705-GEB-KJM
AND INFORMATION CENTER, a       )
California nonprofit corporation,)
                                )
                Plaintiff,      )
                                )
     v.                         )      ORDER
                                )
UNITED STATES FOREST SERVICE,   )
                                )
                Defendant.      )
_____)
```

      Summary judgment is granted in favor of Environmental Protection Information Center, and the project is enjoined until the United States Forest Service has completed a new environmental assessment consistent with the Ninth Circuit's opinion issued on May 9, 2007, and filed in this action on June 12, 2007.

Dated: June 13, 2007

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

1