IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION AND INFORMATION CENTER, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | 02:04-cv-1705-GEB-KJM<br><br><br><br><br><br>ORDER |

Summary judgment is granted in favor of Environmental Protection Information Center, and the project is enjoined until the United States Forest Service has completed a new environmental assessment consistent with the Ninth Circuit's opinion issued on May 9, 2007, and filed in this action on June 12, 2007.

Dated: June 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge

1