1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

6

7
                       IN THE UNITED STATES DISTRICT COURT
8
                      FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 | ENVIRONMENTAL PROTECTION       | CIV S-04-1705-GEB-KJM
12 | INFORMATION CENTER,            |
   |                                |
13 |         Plaintiff,             |
   |                                | STIPULATION FOR MODIFICATION
14 |     v.                         | OF ORDER ENJOINING PROJECT;
   |                                | ORDER
15 | UNITED STATES FOREST SERVICE,  |
   |                                |
16 |         Defendant.             |

17

18      The parties stipulate and request that the Court's Order filed on June 13, 2007, be modified to

19 permit the Forest Service to perform the following project-related activities:

20 1.   The removal of timber that was felled in three units in the project area (units118, 119, and 150)

21      prior to issuance of the injunction;

22 2.   The removal of biomass material piled in landings in the project area;

23 3.   The treatment of residual slash debris from timber harvest; and

24 4.   Erosion control on roads in the project area.

25

26

27

28

                                                 1

Dockets.Justia.com

1 | DATED: _____                    McGREGOR W. SCOTT
2 |                                        United States Attorney
3
4 |                          By: _____
   |                                        JOHN F. GISLA
5 |                                        Assistant United States Attorney
   |                                        Attorneys for the United States
6
7
8 | DATED: _____                    _____
   |                                        MARIANNE DUGAN, Oregan Bar # 93256
   |                                        Pro Hac Vice
9 |                                        Attorney for Plaintiff

ORDER

Pursuant to the foregoing stipulation, and for good cause, the Court's Order filed on June 13, 2007, enjoining the East Fork project until the United States Forest Service has completed a new environmental assessment consistent with the Ninth Circuit's opinion issued on May 2007, is modified to permit the Forest Service to perform the following project-related activities:

1. The removal of timber that was felled in three units in the project area (units 118, 119, and 150) prior to issuance of the injunction;
2. The removal of biomass material piled in landings in the project area;
3. The treatment of residual slash debris from timber harvest; and
4. Erosion control on roads in the project area.

Dated: June 25, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge