1   McGREGOR W. SCOTT
    United States Attorney
2   JOHN F. GISLA, SB #42829
    Assistant U.S. Attorneys
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone:  (916) 554-2740

5   Attorneys for the United States

6

7                        IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  ENVIRONMENTAL PROTECTION                  CIV S-04-1705-GEB-KJM
    INFORMATION CENTER,
12
                Plaintiff,
13
                                             STIPULATION FOR MODIFICATION
14       v.                                  OF ORDER ENJOINING PROJECT;
                                             ORDER
15  UNITED STATES FOREST SERVICE,

16              Defendant.

17

18          The parties stipulate and request that the Court's Order filed on June 13, 2007, be modified to

19  permit the Forest Service to perform the following project-related activities:

20  1.      The removal of timber that was felled in three units in the project area (units118, 119, and 150)

21          prior to issuance of the injunction;

22  2.      The removal of biomass material piled in landings in the project area;

23  3.      The treatment of residual slash debris from timber harvest; and

24  4.      Erosion control on roads in the project area.

25

26

27

28

                                             1

1    DATED: _____                    McGREGOR W. SCOTT
                                                United States Attorney
2

3
                                    By:   _____
4                                         JOHN F. GISLA
                                          Assistant United States Attorney
5                                         Attorneys for the United States

6

7
     DATED: _____                    _____
8                                               MARIANNE DUGAN, Oregan Bar # 93256
                                                Pro Hac Vice
9                                               Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

Pursuant to the foregoing stipulation, and for good cause, the Court's Order filed on June 13, 2007, enjoining the East Fork project until the United States Forest Service has completed a new environmental assessment consistent with the Ninth Circuit's opinion issued on May 2007, is modified to permit the Forest Service to perform the following project-related activities:

1.  The removal of timber that was felled in three units in the project area (units118, 119, and 150) prior to issuance of the injunction;

2.  The removal of biomass material piled in landings in the project area;

3.  The treatment of residual slash debris from timber harvest; and

4.  Erosion control on roads in the project area.

Dated:  June 25, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

3